UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  15-22310-CIV-ALTONAGA/O'Sullivan

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**JORGE A. BALBOA**,

    Defendant.
_____/

### NOTICE OF COURT PRACTICE IN STUDENT LOAN CASES

**THIS CAUSE** came before the Court upon a *sua sponte* examination of the record.

The Government shall file a *Notice of Answer Deadline* **within five days** of executing a return or waiver of service.  The *Notice of Answer Deadline* shall indicate the date by which the Defendant must respond to the Complaint, calculating time according to Rules 6 and 12 of the Federal Rules of Civil Procedure.

If the Defendant does not respond to the Complaint by that date, the Government shall file **within five days** a *Motion for Clerk's Entry of Default* with the Clerk of the Court.  The Government shall send a copy of the motion to Defendant's counsel, or to the Defendant if the Defendant does not have counsel and the Defendant's address is known.  In the certificate of service, the Government shall indicate that notice was sent and the address to which it was sent.

The Government's failure to file for the Clerk's entry of default within the specified time may result in a dismissal without prejudice without further notice from the Court.  If at any time a consent judgment or other settlement of the case is achieved, the Government shall immediately file notice of the same.

Case No. 15-22310-CIV-Altonaga

**DONE AND ORDERED** in Chambers at Miami, Florida this 18th day of June, 2015.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record